1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:06-cr-0239 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| PAUL PANNU, | ) | |
| Defendant. | ) | |

The status conference in the captioned action is currently scheduled for August 8, 2006 at 8:30 a.m.  Counsel for the defendant is not available on that date.  Counsel is in possession of the discovery in this case and is currently reviewing the discovery with his client.

Accordingly, the parties request that the status conference be continued until September 12, 2006 t 8:30 a.m.  The continuance is necessary for continuity of counsel and to give counsel time for defense preparation.  There are two related cases arising out of the same investigation that are schedule for status conference September 12, 2006, and placing all three matters on calendar at the same time will facilitate resolution of common issues of fact and law.

1

1    The parties also request that the court exclude time within
2 which the trial of this matter must commence under the provisions of
3 the Speedy Trial Act from August 8 , 2006 through September 12, 2006
4 for defense preparation and continuity of counsel under 18 U.S.C. §
5 3161(h)(8)(B)(iv) (local Code T4).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: August 3, 2006              By   /s/ Mary L. Grad
                                        MARY L. GRAD
                                        Assistant U.S. Attorney


                                        /S/ Michael E. Cardoza
                                        MICHAEL E. CARDOZA
                                        Counsel for Paul Pannu

     IT IS SO ORDERED.


DATED: August 8, 2006


                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE