Michael E. Cardoza (SBN 52267)
The Cardoza Law Offices
1111 Civic Drive, Suite 320
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorney for Defendant
PAUL PANNU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>PAUL PANNU,<br><br>  Defendants. | Case No.: 2:06-cr-0239-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  December 5, 2006<br>TIME:  8:30 a.m.<br><br>Hon. Morrison C. England, Jr. |

Defendant, by and through undersigned counsel, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from December 5, 2006 to January 23, 2007 at 8:30 a.m.  This continuance is requested because defendant's counsel needs additional time to review discovery, obtain necessary records, and conduct investigation.  In addition, upon completion of the defense investigation, the parties intend to engage in settlement negotiations.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence

under the Speedy Trial Act from December 5, 2006 through January 23, 2007, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)   (Local Code T4).

Dated: December 1, 2006          Respectfully submitted,

/s/ Mary L. Grad
MARY L. GRAD
Assistant U.S. Attorney

Dated:    December 1, 2006    /s/ Michael E. Cardoza
MICHAEL E. CARDOZA
Attorney for Defendant
PAUL PANNU

**IT IS SO ORDERED.**

DATED: December 4, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE