Michael E. Cardoza (SBN 52267)
The Cardoza Law Offices
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorney for Defendant
PAUL PANNU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br> PAUL PANNU,<br><br>  Defendants. | Case No.: 2:06-cr-0239-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: January 23, 2007<br>TIME: 8:30 a.m.<br><br>Hon. Morrison C. England, Jr. |

Defendant, by and through undersigned counsel, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from January 23, 2007 to February 27, 2007 at 8:30 a.m. This continuance is requested because defendant's counsel needs additional time to review discovery, obtain necessary records, and conduct investigation.  In addition, upon completion of the defense investigation, the parties intend to engage in settlement negotiations.

1

PDF created with pdfFactory trial version www.pdffactory.com

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from January 23, 2007 through February 27, 2007, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Respectfully submitted,

Dated: January 22, 2007        /s/ Michael E. Cardoza

MICHAEL E. CARDOZA
Attorney for Defendant
PAUL PANNU

**IT IS SO ORDERED.**

DATED: January 24, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com