Michael E. Cardoza (SBN 52267)
The Cardoza Law Offices
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorney for Defendant
PAUL PANNU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00239-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE: March 27, 2007 |
| PAUL PANNU, | TIME: 8:30 a.m. |
| Defendants. | Hon. Morrison C. England, Jr. |

Defendant, by and through undersigned counsel, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from March 27, 2007, to May 1, 2007, at 8:30 a.m. This continuance is requested because defendant's counsel needs additional time to review discovery, obtain necessary records, and conduct investigation.  In addition, upon completion of the defense investigation, the parties intend to engage in settlement negotiations.

1  For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from March 27, 2007, to May 1, 2007, for defense preparation under 18 U. S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Respectfully submitted,

Dated: March 26, 2007        /s/ Michael E. Cardoza

  MICHAEL E. CARDOZA
  Attorney for Defendant
  PAUL PANNU

**IT IS SO ORDERED.**

March 28, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE