Michael E. Cardoza (SBN 52267)
The Cardoza Law Offices
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorney for Defendant PANNU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL PANNU,<br><br>　　　　Defendant. | Case No.: 2:06-cr-00239-MCE<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: May 1, 2007<br>TIME:  8:30 a.m.<br><br>Hon. Morrison C. England, Jr. |

　　　　Defendant, by and through undersigned counsel, and the United States of America, through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from May 1, 2007, at 8:30 a.m., to June 28, 2007, at 8:30 a.m. Defense counsel requests this continuance because counsel needs additional time to review discovery, obtain necessary records, and conduct investigation.  In addition, upon completion of the defense investigation, the parties intend to engage in settlement negotiations.

1  For these reasons, the parties stipulate and request that the Court exclude time under the Speedy Trial Act from May 1, 2007, at 8:30 a.m., to June 28, 2007, at 8:30 a.m., for defense preparation. See 18 U.S. C.§3161(h)(8)(B)(iv)  (Local Code T4).

Respectfully submitted,

Dated: April 26, 2007          /s/ Michael E. Cardoza

MICHAEL E. CARDOZA
Attorney for Defendant PANNU


Dated: April 26, 2007          /s/ Mary L. Grad

MARY L. GRAD
Assistant United States Attorney


**IT IS SO ORDERED.**

DATED: May 2, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE