Michael E. Cardoza (SBN 52267)
Michael Petrik, Jr. (SBN 177913)
The Cardoza Law Offices
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorneys for Defendant PANNU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br> PAUL PANNU,<br><br>           Defendant. | Case No.: 2:06-cr-00239-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  June 14, 2007<br>TIME:   9:00 a.m.<br><br>Hon. Morrison C. England, Jr. |

Defendant, by and through undersigned counsel, and the United States of America, by and through Assistant U.S. Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from June 14, 2007, at 9:00 a.m., to August 2, 2007, at 8:30 a.m.  Defense counsel requests this continuance because counsel needs additional time to review discovery, obtain necessary records, and conduct investigation.  In addition, upon completion of the defense investigation, the parties intend to continue to engage in settlement negotiations.

**Cr.S-06-239-MCE: STIPULATION AND [PROPOSED] ORDER**

1

For these reasons, the parties stipulate and request that the Court exclude time under the Speedy Trial Act from June 14, 2007, at 9:00 a.m., to August 2, 2007, at 8:30 a.m., for defense preparation.  See 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Respectfully submitted,

Dated: June 12, 2007         /s/ Michael E. Cardoza

MICHAEL E. CARDOZA
Attorney for Defendant PANNU

Dated: June 12, 2007         /s/ Mary L. Grad

MARY L. GRAD
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:      June 14, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Cr.S-06-239-MCE: STIPULATION AND [PROPOSED] ORDER**