Michael E. Cardoza (SBN 52267)
Michael Petrik, Jr. (SBN 177913)
The Cardoza Law Offices
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorneys for Defendant PANNU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL PANNU,<br><br>Defendant. | Case No.: 2:06-cr-00239-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TRIAL DATE**<br><br>DATE: February 7, 2008<br>TIME:   9:00 a.m.<br><br>Hon. Morrison C. England, Jr. |

Defendant Pannu, by and through undersigned counsel, and Plaintiff United States of America, by and through Assistant United States Attorney Mary L. Grad, hereby stipulate and request that the Court continue the status conference in the above captioned case from February 7, 2008, at 9:00 a.m., to February 14, 2008, at 9:00 a.m., and the jury trial from March 3, 2008, at 9:00 a.m., to March 24, 2008, at 9:00 a.m.

Defense counsel requests this continuance because counsel is on jury trial call in San Francisco County Superior Court, Criminal Division, from February 29, 2008, through March 10, 2008.

For these reasons, the parties stipulate and request that the Court exclude time under the Speedy Trial Act from February 7, 2008, at 9:00 a.m., to March 24, 2008, at 9:00 a.m., for defense preparation.  See 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Respectfully submitted,

Dated: October 23, 2007                    /s/ Michael E. Cardoza

MICHAEL E. CARDOZA
Attorney for Defendant PANNU

Dated: October 23, 2007                    /s/ Mary L. Grad

MARY L. GRAD
Assistant United States Attorney

**IT IS SO ORDERED.**

**DATED:** October 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2