```
1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00239-MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JURY TRIAL |
| | ) | AND EXCLUDING TIME UNDER THE |
| v. | ) | SPEEDY TRIAL ACT |
| PAUL PANNU, | ) | |
| Defendant. | ) | |

The jury trial in the captioned action is currently set for March 24, 2008 at 9 a.m. with trial confirmation hearing scheduled for February 14, 2008. Michael Petrick, the attorney handling this matter for the Law Offices of Michael Cardoza, has made all appearances and was scheduled to try the case. Mr Petrick has recently left the firm. Accordingly, Michael Cardoza will be trying the case. Mr. Cardoza is not available to try the case on March 24, 2008.

Accordingly, the parties request that the jury trial be continued until June 23, 2008 at 9:00 a.m., with trial conformation hearing to occur on May 22, 2008 at 9:00 a.m.

///

The continuance is necessary for continuity of counsel and to give counsel time for defense preparation.

The parties also request that the court exclude time within which the trial of this matter must commence under the provisions of the Speedy Trial Act from March 24, 2008 through June 23, 2008 for defense preparation and continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv) (local Code T4).

McGREGOR W. SCOTT
United States Attorney

DATED: January 29, 2008   By /s/ Mary L. Grad
MARY L. GRAD
Assistant U.S. Attorney

/S/ Michael E. Cardoza
MICHAEL E. CARDOZA
Counsel for Paul Pannu

IT IS SO ORDERED.

Dated: January 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE