```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2763
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   No. 2:06-cr-00239-MCE
                                 )
12              Plaintiff,       )   STIPULATION AND ORDER
                                 )   CONTINUING JURY TRIAL
13                               )   AND EXCLUDING TIME UNDER THE
        v.                       )   SPEEDY TRIAL ACT
14                               )
    PAUL PANNU,                  )
15                               )
                Defendant.       )
16  ─────────────────────────────)
```

17      The jury trial in the captioned action is currently set for
18  June 23, 2008 at 9 a.m. with trial confirmation hearing scheduled
19  for May 22, 2008 at 9:00 a.m.  The parties have been in plea
20  negotiations.  Other case assignments have created a conflict for
21  the currently set dates.
22      Accordingly, the parties request that the date currently set
23  for trial confirmation (May 22, 2008) and jury trial (June 23, 2008)
24  be vacated, and the date for jury trial be continued and reset for
25  November 3, 2008 at 9:00 a.m., with trial conformation hearing to
26  occur on October 2, 2008 at 9:00 a.m.  The continuance is necessary
27  for continuity of counsel and to give counsel time for defense
28  preparation.

1

The parties also request that the court exclude time within which the trial of this matter must commence under the provisions of the Speedy Trial Act from June 23, 2008 through November 3, 2008 for defense preparation and continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv) (local Code T4).

```
                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: May 20, 2008            By   /s/ Mary L. Grad
                                    MARY L. GRAD
                                    Assistant U.S. Attorney


                                    /S/ Michael E. Cardoza
                                    MICHAEL E. CARDOZA
                                    Counsel for Paul Pannu
```

IT IS SO ORDERED.

Dated: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE