McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. S-06-239 MCE |
| ) | |
| Plaintiff,  ) | AMENDED STIPULATION AND ORDER |
| ) | CONTINUING JURY TRIAL |
| ) | AND EXCLUDING TIME UNDER THE |
| v.  ) | SPEEDY TRIAL ACT |
| ) | |
| PAUL PANNU,  ) | |
| ) | |
| Defendant.  ) | |

The jury trial in the captioned action is currently set for November 3, 2008 at 9 a.m. with trial confirmation hearing scheduled for October 2, 2008 at 9:00 a.m.  The parties have been in plea negotiations.  Other case assignments have created a conflict for the currently set dates.

Accordingly, the parties request that the date currently set for trial confirmation (October 2, 2008) and jury trial (November 3, 2008) be vacated, and the date for jury trial be continued and reset for February 17, 2009 at 9:00 a.m., with trial conformation hearing to occur on January 15, 2009 at 9:00 a.m.  The continuance is necessary for continuity of counsel and to give counsel time for defense preparation.

1

1  The parties also request that the court exclude time within
2 which the trial of this matter must commence under the provisions of
3 the Speedy Trial Act from November 3, 2008 through February 17, 2009
4 for defense preparation and continuity of counsel under 18 U.S.C. §
5 3161(h)(8)(B)(iv) (local Code T4).

```
                                   McGREGOR W. SCOTT
                                   United States Attorney

DATED: September 30, 2008     By  /s/ Mary L. Grad
                                   MARY L. GRAD
                                   Assistant U.S. Attorney


                                  /S/ Michael E. Cardoza
                                   MICHAEL E. CARDOZA
                                   Counsel for Paul Pannu
```

   IT IS SO ORDERED.

   Dated: October 2, 2008

   _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE