```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  916-554-2763
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )   CR. NO. S-06-239-MCE
                                    )
12          Plaintiff,               )   MOTION AND ORDER
                                    )   DISMISSING INDICTMENT
13       v.                         )
                                    )
14  PAUL PANNU,                     )
                                    )
15          Defendant.              )
    _____)
16
17       The United States of America, by and through its undersigned
18  attorney, Mary L. Grad, Assistant United States Attorney,
19  respectfully requests that this Court dismiss with prejudice the
20  above-captioned Indictment against defendant Paul Pannu.  In
21  resolution of this case, Mr. Pannu has entered a guilty plea
22  before the Honorable Dale A. Drozd to Superseding Information
23  charging a misdemeanor.
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure 48(a).

DATED: May 27, 2009                    LAWRENCE G. BROWN
                                       Acting United States Attorney


                                       By  /s Mary L. Grad
                                         MARY L. GRAD
                                       Assistant U.S. Attorney


## O R D E R

It is ordered that the above-captioned Indictment and Superseding Indictment be and are hereby dismissed with prejudice against PAUL PANNU.

Dated: June 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE