1  Michael E. Cardoza (SBN 52267)
   Jyoti K. Rekhi (SBN 234778)
2  The Cardoza Law Offices
   1220 Oakland Blvd., Suite 200
3  Walnut Creek, California 94596
   Telephone: (925) 274-2900
4  Facsimile: (925) 274-2910
   Attorney for Defendant PANNU
5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,    )   CR. S-06-239 DAD
                                )
9              Plaintiff,       )   ORDER TO RELEASE
                                )   DEFENDANT'S PASSPORT
10      v.                      )
                                )
11                              )
   PAUL PANNU,                  )
12                              )
               Defendant.       )
13  ────────────────────────────)

14      The Clerk's Office of the United States District Court for the
15
   Eastern District of California, Sacramento is ordered to release Mr.
16
   Pannu's passport directly to him.
17
18                              Lawrence G. Brown
                                Acting United States Attorney
19
   DATED: June 3, 2009          By  /s/ Mary L. Grad
20                                  MARY L. GRAD
                                    Assistant U.S. Attorney
21
                                    /S/ Jyoti K. Rekhi
22                                  JYOTI K. REKHI
                                    Counsel for Paul Pannu
23
        IT IS SO ORDERED.
24
   DATED: June 4, 2009.
25
26
                                Dale A. Drozd
27                              ─────────────────────────
                                DALE A. DROZD
28                              UNITED STATES MAGISTRATE JUDGE

   Ddad1/orders.criminal/pannu0239.ord